ACCEPTED
02-14-00295-cv
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
7/17/2015 5:51:29 PM
DEBRA SPISAK
CLERK

NO. 2012-PR02459-1-2 and

NO. 2012-PR02459-1-2- A

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
07/17/2015 5:51:29 PM
DEBRA SPISAK
Clerk

| | |
|---|---|
| THE "PURPORTED" GLORIA LOPEZ ESTRADA FAMILY TRUST, ALEXANDER ESTRADA, "PURPORTED" TRUSTEE | § IN THE PROBATE COURT § § § |
| Plaintiff, | § § § NUMBER 2 |
| V. | § § |
| IRMA LEAH ESTRADA-DAVIS A/K/A LEAH ESTRADA-DAVIS | § § § |
| Defendant | § TARANT COUNTY, TEXAS |

REQUEST FOR SUPPLEMENTAL CLERK'S RECORD

Now comes Irma Leah Estrada Davis, formerly Defendant/Counter-Plaintiff in the above Cause within the Probate Court; and who now is an Appellant in the 2nd Court of Appeals' Case No. # 02-14-00295-CV and No. # 02-14-00296-CV; and she now respectfully requests for this Probate Court Clerk and the Probate Court Reporters to kindly prepare and file the following items in a Supplemental Record and promptly forward them to the Court of Appeals.

This request is made in addition to previous requests made for such record and pursuant to an Order from the 2nd Court of Appeals on October

1

16, 2014 stating: "we order the <u>trial court clerk and court reporter to prepare</u> <u>and file the record of the contest (to the Affidavit of Indigency) and the</u> <u>hearing on the (Indigence) contest…"</u>

Pursuant to Rules 34.5(a), (b), (c) and 35.3; and 35.5(a), the clerk and Court Reporter is requested to prepare a supplemental record of the following proceedings in this case for inclusion in the appellate record and please forward these to the Second Court of Appeals for filing in the case numbers as indicated above.

The following information is important and critical to this case and is not requested for delay but is purposeful and necessary for true justice and fairness to be accomplished; and should be included in the Clerk's Record and the Court Reporter's Record for the 2nd Court of Appeals:

1. <u>The Authenticated Digital Video Disc – Video Depo which is Included inside</u> <u>the Envelope attached to Irma Leah Estrada Davis' Affidavit dated January 3,</u> <u>2013</u> – which directly corresponds with the Transcribed pages of same, located in (Clerk's Record Vol. 1 page 182 - 206)

2. November 2, 2012 – Defendant's First Request for Production

3. December 7, 2012 – Plaintiff's Certificate of Written Discovery

4. December 12, 2012 – (1st) Motion for Summary Judgment

5. December 12, 2012 - Correspondence from Staff Attorney

6. December 17, 2012 - Waiver of Citation (2) Estela Monteleone & Joe D. Estrada

2

7. December 21, 2012 – Notice of Death

8. January 4, 2013  -  Summary Judgment Hearing

9. Feb. 1, 2013  - I.L.E. Davis' Motion to Set Aside and for New Trial

10. February 28, 2013 – Motion to Mediate

11. April 9, 2013 – Response to Plaintiff's Motion for Contempt; Defendant's

    Motion to Set Aside Contempt Order and for Rehearing and/or New Trial;

    and Defendant's Motion for Sanctions

12. April 12, 2013 - Inability to complete service to Leah E. Davis

13. April 12, 2013 - Inability to complete service to Leah E. Davis through

    Attny of Record, David Courtade

14. April 12, 2013 - Notice of Trespass, Inability to complete service to Leah
    E. Davis,

15. April 16, 2013 – Hearing setting Letter – Set for May 1, 2013 @ 9:30 am

16. April 16, 2013 –  Motion Hearing (2:00 pm) (COURTADE) Motion for

    New Trial

17. April 17, 2013 -  Trial Jury Request; and Order Setting Aside Summary

    Judgment and granting New Trial

18. May 1, 2013 – CANCELLED – Motion Hearing (COURTADE)

    Response to Motion for Contempt/ Motion to Set Aside Order for

    Contempt; Request for De Novo Hearing.  RESET BY COURT

19. May 2, 2013 - Notice of Appeal

20. May 6, 2013 - Defendant Irma Leah Estrada-Davis' Counter- Motion

21. May 8, 2013 – Correspondence to Judge Morrisett From David Courtade:

Objection to Proposed Order; and Agreed Order Granting Motion for

Temporary Injunction

22. May 8, 2013 -  Motion for Summary Judgment

23. May 9, 2013 – Correspondence - Doc. ID# 75

24. May 10, 2013 – Request for De Novo Hearing Doc. ID# 76

25. May 16, 2013 - Defendant's Response to Motion for Contempt

26. May 24, 2013 - Notice of Appeal; Request for De Novo Hearing Doc. ID# 77

27. MAY 29, 2013 -  Amended Answer  -  Doc. ID# 79

28. June 18, 2013 – Rule 11 Agreement

29. July 5, 2013 - Defendant I.L.E. Davis' Response to Plaintiff's 2nd Motion

for Contempt;

30. July 5, 2013 - Defendant I. L. E. Davis' Supplemental Cumulative

Motion for Sanctions

31. July 5, 2013 - Defendant's Response to Plaintiff's Motion for Sanctions

for failure to appear for deposition

32. July 9, 2013 - Defendant's Response to Plaintiff's Motion for Sanctions

for Failure to Attend Deposition

33. July 9, 2013 - G. L. Estrada's Trust  Response to Defendant's Response to Summary Motion for Summary Judgment

34. August 7, 2013 – Defendant's Motion to Compel Accounting, for Contempt and for Sanctions

35. August 14, 2013 - Order to Compel Accounting of the Trustee of G. L. Estrada Family Trust

36. August (21 and 22) 2013 - Notice of Filing; Alexander Estrada Notice of Filing ?

37. August 26, 2013 – Correspondence   to Ct.  from Attorney

38. September 12, 2013 - Status Conference Hearing

39. October 21, 2013 - Motion for Continuance

40. October 22, 2013 - Objection to Motion for Continuance

41. October 28, 2013 - Motion for New Trial

42. November 18, 2013 - Notice of Eviction

43. November 27, 2013 - Counter Claim of Defendant Irma Leah Estrada Davis Severed into "A" case

44.  January 17, 2014 - Correspondence to Counsel from Court Administrator Re:  Judge's decision on postponing hearing

45. January 21, 2014 – Plaintiff's Reply to Defendant's Response to Motion for Turn Over and/or Petition for Eviction

46. January 23, 2014 - Defendant / Counter-Plaintiff's Reply to Contingent Response of Plaintiff

47. February 2, 2014 - Motion to Quash Notice of Intent to take Oral Deposition of Leah Estrada

48. February 3, 2014 – Motion to Enforce Court Order

49. February 20, 2014 - Defendant I. L. E. Davis' Motion for Dismissal;

50. February 20, 2014 - Defendant's Photos of Gloria L. Estrada signing Holographic Will

51. February 20, 2014 - Order to Enforce Court Order

52. February 26, 2014 - Correspondence from Irma Leah Estrada

53. March 24, 2014 - Defendant's Motion to Set Aside Order Granting Motion for Sanctions …contempt…contact info

54. May 5, 2014 – Plaintiff's Response to Motion to Set Aside

55. June 10, 2014 -  Response of A. David Courtade to Plaintiff's Supplemental  Motion for Sanctions and/or Contempt

56. ]une 10, 2014 – Order

57. June 10, 2014 – Final Judgment

58. June 11, 2014 – Correspondence of Opposing Party and Counsel

59. June 14, 2014 – Correspondence of Defendant Estrada-Davis to Court Coordinator

60.  Filed in "A" Case = September 23, 2014  - Contest Affidavit of Indigence

61.  Correspondence of Irma Leah Estrada Davis's e-mail to Tina Clay ( The Final Supportive Evidence – The PDF Document which included the reference to the below Audio Recordings that were asked to be delivered to Judge Ferchill before the morning Hearing on November 17, 2014 )

62.   Please forward separately,  the two Audio Recordings made in the presence of Gloria L. Estrada and Leah Estrada of:  (… one is Attorney Bakuts, and the other is his paralegal, Cindy Adler stating their own unique interpretations of what G.L.Estrada's Will is…) those Audio recordings were e-mailed to Tina Clay – (to forward to Judge Ferchill) on November 17, 2014 - at TAClay@tarrantcounty.com) & again emailed  to Jim Politz  (via e-mail to : jrpolitz@tarrantcounty.com) for inclusion to the Probate Record and now, to be forwarded to 2nd Appeals Court.

63.  November 17, 2014 - Miscellaneous Probate Hearing (on Defendant/Counter-Plaintiff's Indegency status)

Additionally, any and all proceedings or hearing information about family related  Cause No.  2013 PRO 0404-2

1.  February 25, 2013 – (3:15 p.m.)  Probate of Will Hearing


PRAYER

WHEREFORE, Appellant respectfully prays that this Request be granted and that the Clerk of this Probate Court and the Court Reporter of these Hearings please properly prepare the above described documents and file such Supplemental Record to be included in this case for the Second Appeals Court, and for all such other and further relief to which Appellant would be justly entitled.  Thank you in advance.

Respectfully submitted,


/S/ Irma Leah Estrada-Davis

Irma Leah Estrada Davis a/k/a
Leah Estrada Davis
Executrix of Gloria Lopez
Estrada's Estate Appointed by
Grantor, Gloria Estrada herself
LeahnowLaw@gmail.com
(936) 899-0313
PRO SE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of July 2015, a true and correct copy of the foregoing instrument was served on attorney David Bakutis, for Plaintiff and on Defendant's previous attorney, A. David Courtade (via e-file) in accordance with the Texas Rules of Court.

<u>/S/  Irma Leah Estrada Davis</u>
Irma Leah Estrada-Davis